# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Daniel KING,<br>    Plaintiff,<br><br>        v.<br><br>Judge Charles B. BURR, II et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 17-2315 |
|---|---|

## ORDER

And NOW, this 24th day of August 2017, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(1) (ECF 10), is GRANTED, and the Amended Complaint is dismissed with prejudice. Plaintiff's Motion to Dismiss Defendants' Motion to Dismiss (ECF 13) is DENIED as moot. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Jessica.2016\King v. Burr\Order Re Motion to Dismiss.docx