## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Daniel KING,**<br>     **Plaintiff,**<br><br>       **v.**<br><br>**Judge Charles B. BURR, II et al.,**<br>     **Defendants,** | **CIVIL ACTION**<br><br>**NO.  2:17-cv-02315-MMB** |

## <u>ORDER</u>

  **AND NOW** this 7th day of December, 2017, for the foregoing reasons, Defendant

Riverwatch's Motion for Counsel's Fees is **GRANTED** and Judgement will be entered in favor

of Riverwatch Condominium Owner's Association against Plaintiff in the amount of $3,985.00.

       **BY THE COURT:**


       /s/ Michael M. Baylson

       **MICHAEL M. BAYLSON**
       **United States District Court Judge**

O:\CIVIL 17\17-2315 King v Burr\17cv2315 Order on RW Mot for Atty Fees.docx